# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY *O̶g̶* D.C.

05 MAY 17 AM 10: 32

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| **BRUNETTE PRINCE** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | |
| **SHELBY COUNTY, et al.,** | **CASE NO: 05-2154-B** |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Consent Order Of Dismissal entered on May 13, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_/s/ J. Daniel Breen_
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

May 16, 2005
Date

ROBERT R. DI TROLIO

_____
**Clerk of Court**

_/s/ Earline Drayer_
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-17-05

⑥

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02154 was distributed by fax, mail, or direct printing on May 17, 2005 to the parties listed.

---

Burnette Prince
SHELBY COUNTY JAIL
04129024
201 Poplar Avenue
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT